
**FILED**

MAY 08 2014

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MUIRIA ARMSTRONG, M.A. on behalf of minor son, | CV 14–23–BU–DWM–JCL |
| Plaintiff, | ORDER |
| vs. | |
| BARBARA FINK, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff Muiria Armstrong's proposed Complaint, in which she seeks relief with respect to the custody of her son, M.A. (Doc. 2). Magistrate Judge Jeremiah Lynch entered findings and recommendations on April 10, 2014, recommending this matter be dismissed. (Doc. 3.)

Armstrong is entitled to *de novo* review of the specified findings or recommendations to which she objects. 28 U.S.C. § 636(b)(1). The Court reviews the findings and recommendations that are not specifically objected to for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309,

1

1313 (9th Cir. 1981). Armstrong filed an "Objection to Dismiss RQST for Counsel" on April 30, 2014. (Doc. 6.) Although Armstrong has labeled her filing as an "objection," the document merely reasserts her grievances, failing to directly address Judge Lynch's analysis or conclusion. In the absence of specific objections, the Court reviews Judge Lynch's determination that the Court must abstain under *Younger v. Harris*, 401 U.S. 37, 43-45 (1971) for clear error. Finding none, the Court adopts the findings and recommendation.

Accordingly, IT IS ORDERED that Judge Lynch's Findings and Recommendation (Doc. 3) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

Dated this 6th day of May, 2014.

Donald W. Molloy, District Judge
United States District Court